UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMI TOWNS, | CASE NO. CV 06-928 AG (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT KERNAN, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 31, 2011

ANDREW J. GUILFORD
United States District Judge